# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Bank of America, N.A. | **DEFAULT** |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:16-cv-01763-APG-EJY |
| Sunrise Villas II and III Homeowner's Association, et al. | |
| Defendants. | |

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Plaintiff and against Sergio Jimenez.

| | |
|---|---|
| 10/16/19 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |